**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,

                  Plaintiff,                Criminal No. 19-30572

v.

Amin Hasanzadeh,

                  Defendant.

_____/

**Stipulation to Adjourn Preliminary Exam and**
**Complaint and to Find Excludable Delay**

The United States of America and Defendant agree that there is good cause to adjourn the Complaint, and the Preliminary Exam in this case scheduled for January 23, 2020, to a new date of March 11, 2020. *See* Fed. R. Crim. P. 5.1(d). This extension of time is necessary to allow the parties to continue to investigate the facts of this case further, exchange preliminary discovery, and engage in plea negotiations. Defendant concurs in this request and agrees that it is in Defendant's best interest. The parties further stipulate and agree that the complaint remains in full force and effect through the new date of March 11, 2020. The parties stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

Additionally, the parties agree that the adjournment from January 23, 2020, to a new date of March 11, 2020 would serve the ends of justice for the reasons stated above, that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that this time period should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(b). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7), and the parties request an order to that end.

s/ Douglas C. Salzenstein
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
doug.salzenstein@usdoj.gov

s/ John H. Bradley w/permission
Attorney for Defendant
33 E. Main Street, Suite 400
Madison, Wisconsin 53703
John@StrangBradley.com

January 13, 2020

**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,

                   Plaintiff,                            Criminal No. 19-30572

v.

Amin Hasanzadeh,

                   Defendant.

_____/

**Order Adjourning Preliminary**
**Examination and Complaint**

This matter coming before the court on the stipulation of the parties, it is hereby

**ORDERED** that good cause exists to extend the complaint and Preliminary Examination in this case, scheduled for January 23, 2020, to a new date of March 11, 2020. *See* Fed. R. Crim. P. 5.1(d).

**ORDERED** that the complaint and the order of pretrial detention and/or pretrial release shall remain in full force and effect.

**ORDERED** that the period from January 23, 2020 to March 11, 2020, shall be excluded from computing the time within which an information or indictment must begin for the reasons set forth herein, and because the ends of justice served by

such continuance outweigh the interests of the public and Defendant in a speedy

trial. *See* 18 U.S.C. §3161(h)(7) and 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

Entered: 1/15/20